UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>DARCY DWAYNE ARCHIBALD, )<br>   )<br>   Defendant. )<br>_____ ) | Case No. 06-621M<br><br>DETENTION ORDER |

<u>Offense charged</u>:

   Bulk Cash Smuggling in violation of 31 U.S.C. §§ 5332(a) and (b).

<u>Date of Detention Hearing</u>:  November 30, 2006.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

   <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

   (1)   Defendant has stipulated to detention, but has reserved the right to contest his continued detention if there are new circumstances that should arise.

   (2)   There are no conditions or combination of conditions other than detention will reasonably assure the appearance of the defendant as required.

   IT IS THEREFORE ORDERED:

   (1)   Defendant shall be detained pending trial and committed to the custody of the
         Attorney General for confinement in a correction facility separate, to the extent
         practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of November, 2006.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge